**ROBINSON, CALCAGNIE & ROBINSON**
620 Newport Center Drive, Suite 700
Newport Beach, California 92660
Telephone: (949) 720-1288
Facsimile: (949) 720-1292

Attorneys for Plaintiff, Richard Pruitt

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **CASE NO. C06-0232 (CRB)**<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| RICHARD PRUITT,<br><br>    Plaintiff,<br><br>vs.<br><br>G.D. SEARLE & CO., PHARMACIA CORPORATION; MONSANTO COMPANY, a Delaware corporation; PFIZER, INC., a Delaware corporation,<br><br>    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, **RICHARD PRUITT** and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

-1-

stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: September 1, 2009          ROBINSON, CALCAGNIE & ROBINSON

By: *Mark P. Robinson, Jr.*
MARK P. ROBINSON, JR.
Attorneys for Plaintiff Richard Pruitt

DATED: Oct. 22, 2009              DLA PIPER LLP (US)

By: /s/
Matt Holian
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: OCT 2 8 2009

Hon. Charles R. Breyer
United States District Court

-2-